UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| THRIVENT FINANCIAL FOR LUTHERANS, <br><br> Plaintiff, <br><br> v. <br><br> ERIC C. SMALLEY, IN HIS CAPACITY AS THE INDEPENDENT ADMINISTRATOR OF THE ESTATE OF JOHN H. SMALLEY, III, and LISA MURDOCK SMALLEY, <br><br> Defendants. | § § § § § § § § § § § § § § § CIVIL ACTION NO. H-10-2738 |

## FINAL JUDGMENT

Pursuant to FED. R. CIV. P. 58(a), and for the reasons set forth in the Memorandum and Order on the Motion for Summary Judgment and Amended Motion for Summary Judgment, judgment is hereby **ENTERED** for Eric C. Smalley, in his capacity as Independent Administrator of the Estate of John H. Smalley, III. Accordingly, the Court hereby **ORDERS** that the Clerk distribute the interpled funds to Eric C. Smalley, in his capacity as Independent Administrator of the Estate of John H. Smalley, III, as directed by the Independent Administrator. The claims of Lisa Murdock Smalley are **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

SIGNED at Houston, Texas, on this the 26th day of July, 2011.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE