# VICKI WHITLOW THOMAS

Attorney at Law
4615 Southwest Freeway, Suite 600
Houston, TX 77027

Board Certified Estate Planning and Probate Law
Texas Board of Legal Specialization

Telephone (713) 621-2546
Facsimile (713) 621-7094

August 11, 2011

Invoice submitted to:

Estate of John H. Smalley, III, Dec'd.
c/o Eric Smalley
1372 S. Pennsylvania St.
Denver, CO 80210

In Reference To: General - Thrivent Financial Matter
Invoice # 7907

## Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/11/2011 | VWT | Review final judgment; Telephone conference with case manager; Prepare motion to amend judgment; Prepare fee application; Estimated time for hearing on motion to amend judgment and fee application; | 3.00<br>345.00/hr | 1,035.00 |
|  | **For professional services rendered** |  | 3.00 | $1,035.00 |
|  | **Previous balance** |  |  | $19,967.70 |
|  | **BALANCE DUE UPON RECEIPT** |  |  | **$21,002.70** |

**Please make checks payable to Vicki Whitlow Thomas
We accept Mastercard/VISA/Discover/American Express**

Smalley,J.Gen1

# VICKI WHITLOW THOMAS

Attorney at Law
4615 Southwest Freeway, Suite 600
Houston, TX 77027

Board Certified Estate Planning and Probate Law
Texas Board of Legal Specialization

Telephone (713) 621-2546
Facsimile (713) 621-7094

March 22, 2011

Invoice submitted to:

Estate of John H. Smalley, III, Dec'd.
c/o Eric Smalley
1372 S. Pennsylvania St.
Denver CO 80210

In Reference To: General - Thrivent Financial Matter
Invoice # 7706

## Professional Services

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/19/2010 | VWT | Office conference with Eric and John Smalley regarding insurance matters; Telephone conference with James Stilwell, attorney for Lisa Smalley, regarding same; | 0.75<br>345.00/hr | 258.75 |
| 8/3/2010 | VWT | Telephone conference with Dan Kistler, attorney for insurance company, regarding interpleader action; | 0.25<br>345.00/hr | 86.25 |
| 8/4/2010 | VWT | Review complaint in interpleader; Prepare notice of appearance of counsel and transmittal letter for filing; | 0.75<br>345.00/hr | 258.75 |
| 8/9/2010 | VWT | Legal research; | 1.50<br>345.00/hr | 517.50 |
| 8/19/2010 | VWT | Review pleadings from insurance company and respond to their attorney regarding same; | 0.25<br>345.00/hr | 86.25 |
| 9/16/2010 | VWT | Prepare affidavit for Thrivent financial for Lutherans regarding beneficiary designation; Prepare letter to attorney for insurance company regarding same; | 0.75<br>345.00/hr | 258.75 |
| 9/22/2010 | VWT | Legal research regarding redesignation of beneficiary; | 4.25<br>345.00/hr | 1,466.25 |

**Please make checks payable to Vicki Whitlow Thomas
We accept Mastercard/VISA/Discover/American Express**

Smalley,J.Gen1

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/23/2010 | VWT | Prepare answer to complaint for interpleader and declaratory judgment filed by Lisa Smalley; Begin preparation of motion for summary judgment; | 5.00<br>345.00/hr | 1,725.00 |
| 9/24/2010 | VWT | Continue legal research; | 1.50<br>345.00/hr | 517.50 |
| 9/27/2010 | VWT | Work on motion for summary judgment; | 5.00<br>345.00/hr | 1,725.00 |
| 9/28/2010 | VWT | Continue work on motion for summary judgment; | 6.00<br>345.00/hr | 2,070.00 |
| 9/29/2010 | VWT | Complete summary judgment motion on Thrivent matter; | 1.00<br>345.00/hr | 345.00 |
| 10/15/2010 | VWT | Telephone conference with James Stilwell regarding extension; | 0.50<br>345.00/hr | 172.50 |
| 10/27/2010 | VWT | Review correspondence from James Stilwell and amended pleadings; | 0.25<br>345.00/hr | 86.25 |
| 12/23/2010 | VWT | Legal research regarding collateral attack on final judgment; | 4.00<br>345.00/hr | 1,380.00 |
| 12/28/2010 | VWT | Continue legal research; | 6.00<br>345.00/hr | 2,070.00 |
| 12/29/2010 | VWT | Work on first amended answer to complaint and declaratory judgment; | 6.00<br>345.00/hr | 2,070.00 |
| 2/11/2010 | VWT | Legal research regarding summary judgment practice in southern district court; | 1.00<br>345.00/hr | 345.00 |
| 2/15/2011 | VWT | Legal research regarding venue and motion to transfer from federal district court; Prepare motion to transfer proceeding for filing in federal district court; | 1.50<br>345.00/hr | 517.50 |

**Please make checks payable to Vicki Whitlow Thomas**
**We accept Mastercard/VISA/Discover/American Express**

Estate of John H. Smalley, III, Dec'd.  Page    3

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/16/2011 | VWT | Telephone conference with probate court regarding hearing; Telephone conference with Mr. Stilwell's office; | 0.50<br>345.00/hr | 172.50 |
| 2/18/2011 | VWT | Review motion to reconsider transfer order and prepare response to same; | 2.00<br>345.00/hr | 690.00 |
| 2/22/2011 | VWT | Attend hearing on motion to transfer to probate court; | 1.00<br>345.00/hr | 345.00 |
| 2/24/2011 | VWT | Attend hearing on motion to transfer in federal court; | 1.50<br>345.00/hr | 517.50 |
| 2/25/2011 | VWT | Prepare amended motion for summary judgment; | 3.00<br>345.00/hr | 1,035.00 |
| 2/28/2011 | VWT | Review and revise amended motion for summary judgment and prepare order in Thrivant Financial matter; | 2.50<br>345.00/hr | 862.50 |
| 3/18/2011 | VWT | Review response to amended motion for summary judgment filed by Lisa Smalley; | 0.75<br>345.00/hr | 258.75 |

**For professional services rendered**  57.50   $19,837.50

**Out of pocket expenses:**

| | | | |
|---|---|---|---|
| 3/22/2011 | Facsimile Costs | | 76.00 |
| | Copy costs | | 43.20 |
| | Parking | | 11.00 |

**Total expenses**  $130.20

**Total amount of this bill**  $19,967.70

**Please make checks payable to Vicki Whitlow Thomas**
**We accept Mastercard/VISA/Discover/American Express**

Smalley,J.Gen1

| | Amount |
|---|---:|
| **BALANCE DUE UPON RECEIPT** | $19,967.70 |